**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Teresa Colamarino,

                              Plaintiff(s),

                    v.

Balanced Healthcare Receivables, LLC

                              Defendant(s).

Case No: 2:21-cv-02214-JS-JMW

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

        Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) Teresa Colamarino and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant(s) Balanced Healthcare Receivables, LLC.

DATED: July 19, 2021

**BARSHAY, RIZZO & LOPEZ, PLLC**

By:  s/ *David M. Barshay*
David M. Barshay, Esquire
445 Broadhollow Road | Suite CL18
Melville, New York 11747
Tel: (631) 210-7272
Fax: (516) 706-5055
Our File No.: BRL21143
*Attorneys for Plaintiff*

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

This case remains CLOSED.

Dated: July 20, 2021
        Central Islip, New York